UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER JOVAN,

    Plaintiff,

                                  Case No. 06-10860

v.

BILL SNETHKAMP, INC., and          Hon. John Corbett O'Meara
ALPHONSE DEEBY,

    Defendants,
_____/

## ORDER OF PARTIAL DISMISSAL

On February 27, 2006, Plaintiff filed a two-count complaint alleging violations of the Family and Medical Leave Act (Count I) and the Elliott-Larsen Civil Rights Act (Count II). Although Count I is cognizable in this court pursuant to 28 U.S.C. § 1331, Plaintiff's remaining claims arise under state law. Pursuant to 28 U.S.C. § 1367(c), a district court may decline to exercise supplemental jurisdiction over state law claims raised in federal question cases. See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.

Accordingly, IT IS HEREBY ORDERED that Count II of Plaintiff's complaint is DISMISSED.

                                  s/John Corbett O'Meara
                                  John Corbett O'Meara
                                  United States District Judge

Dated: April 3, 2006